Christopher Vizcardo (Utah Bar No. 19107)
Carlos Trujillo (Utah Bar No. 14815)
**TRUJILLO LAW GROUP**
1258 West South Jordan Pkwy Suite 303
South Jordan, UT 84095
Tel: (801) 590-9139
Fax: (801) 931-2009
chris@tagteamlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| EDGAR JOSE LANDAETA GARCES in his individual capacity and as legal guardian for E.A.L.R.<br><br>Plaintiff,<br><br>v.<br><br>U.S. Department of Homeland Security; et al.<br><br>Defendants. | **JOINT MOTION FOR 60-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Case No. 2:26-cv-00778-DAO<br><br>Magistrate Judge: Daphne A. Oberg |

Defendants United States Department of Homeland Security (DHS), Markwayne Mullin, in his official capacity as the Secretary of DHS, Joseph B. Edlow, in his official capacity as Director of United States Citizenship and Immigration Services (USCIS), and John M. Allen, in his official capacity as the Director of USCIS Texas Service Center (collectively "Defendants"), and Plaintiff jointly move the Court for a 60-day extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).

The Court previously granted Defendants a brief, four-day extension of time to respond to the Complaint, extending their deadline to October 30, 2026 (ECF No. 16). The requested relief is therefore the parties' second request for an extension of Defendants' response deadline.

Good cause exists for this renewed request. USCIS has confirmed that Plaintiff will have an appointment with the agency within the next 60 days in connection with the pending immigration benefit application at issue in this action.

The appointment may result in further action by USCIS that could resolve the underlying matter and potentially render this litigation moot. Accordingly, the parties believe that allowing USCIS additional time to conduct the scheduled appointment and continue processing Plaintiff's application would promote judicial economy and potentially avoid unnecessary litigation.

The requested extension will provide USCIS an opportunity to take further action on Plaintiff's application before Defendants are required to respond to the Complaint. The parties jointly request this extension and believe that it will not prejudice either party.

For these reasons, and for good cause shown, the parties respectfully request that the Court grant this Joint Motion and extend Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint by an additional 60 days, through December 29, 2026.

RESPECTFULLY SUBMITTED October 30, 2026.

**TRUJILLO LAW GROUP**

*/s/ Christopher Vizcardo*
Christopher Vizcardo
*Attorney for Plaintiff*

MELISSA HOLYOAK
United States Attorney

/s/ Hanna Andrews
HANNAH ANDREWS
Assistant United States Attorney