Christopher Vizcardo (Utah Bar No. 19107)
Carlos Trujillo (Utah Bar No. 14815)
**TRUJILLO LAW GROUP**
1258 West South Jordan Pkwy Suite 303
South Jordan, UT 84095
Tel: (801) 590-9139
Fax: (801) 931-2009
chris@tagteamlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| EDGAR JOSE LANDAETA GARCES in his individual capacity and as legal guardian for E.A.L.R.<br><br>Plaintiff,<br><br>v.<br><br>U.S. Department of Homeland Security; et al.<br><br>Defendants. | **ORDER GRANTING JOINT MOTION FOR 60-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Case No. 2:26-cv-00778-DAO<br><br>Magistrate Judge: Daphne A. Oberg |

Having considered the parties' Joint Motion for 60-Day Extension of Time to Respond to Plaintiff's Complaint, and good cause appearing, the Court hereby GRANTS the Motion.

Defendants shall have until December 29, 2026, to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

DATED this _____ day of ________________, 2026.

BY THE COURT:

___________________________